# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  APPOINTMENTS TO THE | : | NO. 692 |
| | : | |
| PENNSYLVANIA BOARD OF LAW | : | SUPREME COURT RULES DOCKET |
| | : | |
| EXAMINERS | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of February, 2016, Stewart L. Cohen, Esquire, Philadelphia, and Kathleen D. Wilkinson, Esquire, Philadelphia, are hereby appointed as members of the Pennsylvania Board of Law Examiners for a term of three years commencing on April 1, 2016.

Justice Eakin did not participate in the consideration or decision of this matter.